IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAKEISHA MULLINS,
    Plaintiff,

v.                                      Case No. 3:07cv325/WS/EMT

ENCORE SENIOR LIVING II, LLC,
    Defendant.
_____/

## **O R D E R**

This cause is before the court upon Defendant's Motion to Compel Plaintiff's Responses to Discovery Requests (Doc. 14).  Before the court rules on this matter, Plaintiff shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiff shall respond to Defendant's motion on or before **FRIDAY, NOVEMBER 23, 2007**.  Prior to responding, Plaintiff (as well as Defendant) shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 16th day of November 2007.


                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**