IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAKEISHA MULLINS,
  Plaintiff,

v.            Case No. 3:07cv325/WS/EMT

ENCORE SENIOR LIVING II, LLC,
  Defendant.
_____/

## ORDER

   This cause is before the court upon Defendant's Notice of Resolution of Discovery Matters Raised in Defendant's Motion to Compel (Doc. 21). In this notice, Defendant indicates that the parties have resolved the discovery dispute raised in Defendant's motion to compel (*see id.*; *see also* Doc. 14 (Defendant's motion to compel)). Defendant also advises the court in this notice that it withdraws the underlying motion to compel (*see* Doc. 21 at 2).

   Accordingly, it is **ORDERED**:

   Defendant's motion to compel (Doc. 14) is deemed **WITHDRAWN**.

   **DONE AND ORDERED** this 28th day of November 2007.

         /s/ *Elizabeth M. Timothy*
         **ELIZABETH M. TIMOTHY**
         **UNITED STATES MAGISTRATE JUDGE**