IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAKEISHA MULLINS,
    Plaintiff,

v.	Case No. 3:07cv325/WS/EMT

ENCORE SENIOR LIVING II, LLC,
    Defendant.
_____/

## **ORDER**

By order of this court dated April 30, 2008, the dispositive motions deadline ("DMD") was extended to May 19, 2008 (*see* Docket Entry 46).  The extension was granted based upon a representation that the parties have agreed to settle this matter "and have been working diligently to come to an agreement on the terms of the settlement," but "in an abundance of caution" an extension of the DMD should be granted to give the parties additional time to work out the terms of the settlement agreement (*see* Doc. 45).  To date, however, the parties have not filed dispositive motions or advised the court that a settlement has been reached.  Thus, within **TWENTY (20) DAYS** of the date of docketing of this order, the parties shall file a joint notice advising the court of the status of this case.  Alternatively, and within the same time, the parties may file a notice of settlement.

**SO ORDERED** this 29th day of May 2008.

                                /s/ *Elizabeth M. Timothy*
                                **ELIZABETH M. TIMOTHY**
                                **UNITED STATES MAGISTRATE JUDGE**